**JENNIFER WILLIS ARLEDGE**
Nevada Bar No.: 8729
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Jennifer.Arledge@wilsonelser.com
Attorneys for Defendant
**APPLIED MEDICAL RESOURCES CORPORATION, improperly identified as Applied Medical Resources, Inc.**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DONNA JACKSON, Individually and as Special Administrator for the Estate of GLORIA JACKSON, Deceased, and JAQUANNA JACKSON, individually,<br><br>Plaintiffs,<br>vs.<br><br>APPLIED MEDICAL RESOURCES, INC. a Foreign Corporation; W.L. GORE & ASSOCIATES, INC., a Foreign Corporation; ROE MANUFACTURER; ROE DISTRIBUTOR; ROE RETAILER; DOES I through X, inclusive; and ROE CORPORATIONS II through X, inclusive.<br><br>Defendants. | CASE NO: _____<br><br>**APPLIED MEDICAL RESOURCES CORPORATION'S CERTIFICATE OF INTERESTED PARTIES** |

Defendant APPLIED MEDICAL RESOURCES CORPORATION, improperly identified as Applied Medical Resources, Inc. by and through its attorneys of record, Jennifer Willis Arledge, Esq., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby submits its Certificate of Interested Parties in compliance with FRCP 7.1 and LR 7.1-1.

1. APPLIED MEDICAL RESOURCES CORPORATION is a wholly owned subsidiary of Applied Medical Corporation, a privately held corporation. There is no publicly held corporation that owns 10% or more of Applied Medical Corporation's stock. FRCP 7.1.

1185092v.1

2.  The undersigned attorney of record for APPLIED MEDICAL RESOURCES CORPORATION certifies that the following may have a direct, pecuniary interest in the outcome of this case: none identified.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal. LR 7.1-1.

DATED this 14th day of August, 2017.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

BY: /s/ Jennifer W. Arledge
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No.: 8729
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant
**APPLIED MEDICAL
RESOURCES CORPORATION,
improperly identified as Applied
Medical Resources, Inc.**

1185092v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this /4th day of August, 2017, I served a true and correct copy of the foregoing **APPLIED MEDICAL RESOURCES CORPORATION'S CERTIFICATE OF INTERESTED PARTIES** as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐ via hand-delivery to the addressees listed below;

☐ via facsimile;

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Boyd M. Moss, III, Esq.
Marcus A. Berg, Esq.
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, NV 89107

BY: _____
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Page 3 of 3

1185092v.1