1  ERIC SWANIS, ESQ. (NV Bar No. 6840)
   ALAYNE M. OPIE, ESQ. (NV Bar No. 12623)
2  GREENBERG TRAURIG, LLP
3  3773 Howard Hughes Parkway, Suite 400 North
   Las Vegas, Nevada 89169
4  Telephone:  (702) 792-3773
   Facsimile:  (702) 792-9002
5  Email: swanise@gtlaw.com, opiea@gtlaw.com
   *Attorneys for W.L. Gore & Associates, Inc.*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  DONNA JACKSON, Individually and as          Case No. 2:17-cv-02183-RFB-PAL
    Special Administrator of the Estate of GLORIA
    JACKSON, Deceased, and JAQUANNA            **STIPULATION AND ORDER TO**
12  JACKSON, Individually,                      **EXTEND TIME TO RESPOND TO**
                                                **COMPLAINT**
13                  Plaintiff,
                                                **(First Request)**
14  v.

15  APPLIED MEDICAL RESOURCES, INC., a
    Foreign Corporation; W.L. GORE &
16  ASSOCIATES, INC., a Foreign Corporation;

17                  Defendants.

18

19          Plaintiffs Donna Jackson, Individually and as Special Administrator of the Estate of Gloria

20  Jackson, and Jaquanna Jackson ("Plaintiffs") by and through their undersigned counsel, and

21  Defendant W.L. Gore & Associates, Inc. ("Defendant"), by and through its undersigned counsel,

22  hereby stipulate and agree to extend the time for Defendant to answer, move, or otherwise

23  respond to Plaintiffs' Complaint (Doc. 1-3).  Defendant shall have up to and including September

24  / / /

25  / / /

26  / / /

27

28

Greenberg Traurig LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

                                    -1-

18, 2017, to file a responsive pleading. This is the first stipulation for an extension of time for Defendant to respond to Plaintiffs' Complaint. Moreover, the stipulation is made in good faith and not for purposes of delay.

DATED this 8th day of September, 2017.

**GREENBERG TRAURIG, LLP**

By: /s/ Alayne Opie
    ERIC SWANIS, ESQ.
    (NV Bar No. 6840)
    ALAYNE M. OPIE, ESQ.
    (NV Bar No. 12623)
    3773 Howard Hughes Parkway,
    Suite 400 North
    Las Vegas, Nevada 89169

*Attorneys for W.L. Gore & Associates, Inc.*

**MOSS BERG INJURY LAWYERS**

By: /s/ Boyd Moss
    BOYD B. MOSS, III, ESQ.
    (NV Bar. 8856)
    MARCUS A. BERG, ESQ.
    (NV Bar. 9760)
    4101 Meadows Lane, Suite 110
    Las Vegas, Nevada 89107

*Attorneys for Plaintiffs*

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the stipulation and order to extend the deadline until September 18, 2017 for Defendant to answer, move, or otherwise respond to Plaintiffs' Complaint is hereby GRANTED.

UNITED STATES MAGISTRATE JUDGE

DATE/TIME: September 11, 2017

Greenberg Traurig LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

ATL 22307631v1
ATL 22307788v1