UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONNA JACKSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLIED MEDICAL RESOURCES, et al., <br><br> Defendants. | Case No. 2:17-cv-02183-RFB-PAL <br><br> ORDER <br><br> (Stip Ext Time – ECF No. 12) |

Before the court is the parties' Stipulation and Order to Extend Time to Respond to Complaint (ECF No. 12). The stipulation provides that Applied Medical may have 30 days after service of an amended complaint to file a responsive pleading. On October 11, 2017 defendant Applied Medical filed a Motion to Dismiss the amended complaint (ECF No. 21).

**IT IS ORDERED** that the Stipulation and Order to Extend Time to Respond to Complaint (ECF No. 12) is **GRANTED nunc pro tunc**.

DATED this 30th day of October, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1