1  JENNIFER WILLIS ARLEDGE
   Nevada Bar No.: 8729
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  300 South 4th Street, 11th Floor
4  Las Vegas, NV 89101
   (702) 727-1400; FAX (702) 727-1401
5  Jennifer.Arledge@wilsonelser.com
   Attorneys for Defendant
6  **APPLIED MEDICAL**
7  **RESOURCES CORPORATION,**
   improperly identified as Applied
8  Medical Resources, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA JACKSON, Individually and as Special Administrator for the Estate of GLORIA JACKSON, Deceased, and JAQUANNA JACKSON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLIED MEDICAL RESOURCES, INC. a Foreign Corporation; W.L. GORE & ASSOCIATES, INC., a Foreign Corporation; ROE MANUFACTURER; ROE DISTRIBUTOR; ROE RETAILER; DOES I through X, inclusive; and ROE CORPORATIONS II through X, inclusive.<br><br>Defendants. | CASE NO: 2:17-cv-02183-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT APPLIED MEDICAL RESOURCES, INC. WITH PREJUDICE** |

COME NOW Plaintiffs, DONNA JACKSON, Individually and as Special Administrator for the Estate of GLORIA JACKSON, Deceased, and JAQUANNA JACKSON, individually, and Defendant APPLIED MEDICAL RESOURCES, INC., improperly identified as Applied Medical Resources, Inc., by and through undersigned counsel, and hereby stipulate and agree to dismiss all

1218342v.1

claims against APPLIED MEDICAL RESOURCES, INC., pursuant to FRCP 41(a)(1)(ii), with prejudice, each party to bear their own attorneys' fees and costs.

AGREED TO:

Dated Nov. 1, 2017

MOSS BERG INJURY LAWYERS

/s/ Boyd B. Moss, III

BOYD B. MOSS, III, ESQ.
Nevada Bar No. 8856
MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
4101 Meadows Lane, Suite 110
Las Vegas, NV 89107
Attorneys for Plaintiffs

Dated Nov. 6, 2017

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Jennifer W. Arledge

JENNIFER WILLIS ARLEDGE
Nevada Bar No. 8729
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant
APPLIED MEDICAL
RESOURCES CORPORATION,
improperly identified as Applied
Medical Resources, Inc.

## ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that all claims against APPLIED MEDICAL RESOURCES CORPORATION are dismissed, with prejudice, and each party will bear their own attorneys fees and costs.

IT IS SO ORDERED.

Dated: November 7, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

1218342v.1