ERIC SWANIS, ESQ. (NV Bar No. 6840)
ALAYNE M. OPIE, ESQ. (NV Bar No. 12623)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com, opiea@gtlaw.com

VICTORIA LOCKARD, ESQ. (GA Bar No. 213077)
*pro hac vice*
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
lockardv@gtlaw.com
*Attorneys for W.L. Gore & Associates, Inc.*

Greenberg Traurig LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONNA JACKSON, Individually and as Special Administrator of the Estate of GLORIA JACKSON, Deceased, and JAQUANNA JACKSON, Individually,

Plaintiff,

v.

APPLIED MEDICAL RESOURCES, INC., a Foreign Corporation; W.L. GORE & ASSOCIATES, INC., a Foreign Corporation;

Defendants.

Case No. 2:17-cv-02183-RFB-PAL

**STIPULATION AND PROPOSED ORDER TO STAY DISCOVERY**

**[First Request]**

Plaintiffs Donna Jackson and Gloria Jackson ("Plaintiffs"), by and through their attorney of record, the law firm of Moss Berg Injury Lawyers, and Defendant W. L. Gore & Associates, Inc. ("Gore"), by and through its counsel, the law firm of Greenberg Traurig, LLP, hereby stipulate and respectfully jointly move this Court to stay discovery in this matter, including the FRCP 26(f) conference and FRCP 26(f) initial disclosures, pending a ruling on Gore's Motion to Dismiss ("Motion") (Doc. 14)[1]. The Motion has been fully briefed by the parties and submitted

[1] Plaintiffs shall dismiss all claims against Applied Medical Resources, Inc. ("Applied"), negating the need for Applied to be party to this Stipulation.

Greenberg Traurig LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

to the Court for decision. As addressed in the Motion, Gore submits that among other issues substantiating this Court's anticipated decision to grant the Motion, Plaintiffs' claims against Gore are time barred and must be dismissed as a matter of law[2]. Thus, the nature and scope of discovery to be had, if any, is wholly dependent upon the outcome of the pending Motion. Should the Court deny Gore's Motion, in whole or in part, the parties stipulate to holding the FRCP 26(f) conference within ten (10) days of the Court's decision. This stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 6th day of November, 2017

GREENBERG TRAURIG, LLP

By: */s/ Alayne M. Opie*

ERIC SWANIS, ESQ. (NV Bar 6840)
ALAYNE M. OPIE, ESQ. (NV Bar 12623)
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169

VICTORIA LOCKARD, ESQ.
(GA Bar No. 213077)
*pro hac vice*
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
*Attorneys for W.L. Gore & Associates, Inc.*

DATED this 6th day of November, 2017

MOSS BERG INJURY LAWYERS

*/s/ Boyd B. Moss, III*

BOYD B. MOSS, III, ESQ. (NV Bar 8856)
MARCUS A. BERG, ESQ. (NV Bar 9760)
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
*Counsel for Plaintiffs*

[2] Nothing herein shall be deemed as Plaintiffs' concession to such argument.

**IT IS SO ORDERED:**

Discovery in STAYED;

Should the Court deny Gore's Motion, in whole or in part, the parties shall hold the FRCP 26(f) conference within ten (10) days.

DATED this 8th day of November, 2017.

RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Alayne M. Opie*
ERIC SWANIS, ESQ. (NV Bar No. 6840)
ALAYNE M. OPIE, ESQ. (NV Bar No. 12623)
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169

VICTORIA LOCKARD, ESQ. (GA Bar No. 213077)
*pro hac vice*
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
*Attorneys for W.L. Gore & Associates, Inc.*

Greenberg Traurig LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)